**Michael KAWA, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**Nos. 2009–5075, 2009–5108.**

United States Court of Appeals, Federal Circuit.

Oct. 2, 2009.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).